UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WANDA MORGAN,

    Plaintiff,

-vs-                              CASE NO.: 3:17-cv-01307-TJC-JBT

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Wanda Morgan, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System: Scott S. Gallagher, Esquire and Richard D. Rivera, Esquire, Smith, Gambrell & Russell, LLP, 50 North Laura Street, Suite 2600, Jacksonville, FL 32202; ssgallagher@sgrlaw.com and rrivera@sgrlaw.com.

                                              /s/Amy M. Ferrera
                                              Amy M. Ferrera, Esquire
                                              Florida Bar #: 15313
                                              Morgan & Morgan, Tampa, P.A.
                                              201 North Franklin Street, 7th Floor
                                              Tampa, FL 33602
                                              Telephone: (813) 223-5505
                                              Facsimile: (813) 223-5402
                                              amferrera@forthepeople.com
                                              fkerney@forthepeople.com
                                              jkneeland@forthepeople.com
                                              Attorney for Plaintiff